RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 8 19 05
BY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## SHREVEPORT DIVISION

| | |
|---|---|
| NARTESHIA S. WILLIAMS | CIVIL ACTION NO. 04-2559 |
| VERSUS | JUDGE DONALD E. WALTER |
| U.S. SUPPORT COMPANY | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons assigned in the foregoing Memorandum Ruling, **IT IS ORDERED** that the Motion for Partial Summary Judgment [Doc. #26] filed on behalf of defendant, U. S. Support Company, be and is hereby **GRANTED** and plaintiffs' remaining claims are **DISMISSED**.

**THUS DONE AND SIGNED**, in Shreveport, Louisiana, this 16 day of August, 2005.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE